SAMUEL S. RADEBAUGH v. WILLIAM WOLFE.

*Error from the District Court of Oklahoma County.*

*Amos Green & Son*, for plaintiff in error.

*J. H. Woods*, for defendant in error.

PER CURIAM: This is an action instituted by William Wolfe, plaintiff in the court below, in the district court of Oklahoma county, to obtain a mandatory injunction removing the defendant below, Samuel S. Radebaugh, from a certain quarter section of land. This case is in all respects similar to the *Woodruff-Wallace* case, (3 Okla. 355), and the decision of the lower court was in harmony with the decision therein, and that case must control in the one under consideration. Upon the authority of *Woodruff v. Wallace, supra*, the judgment of the lower court will be affirmed.